1  Manuel de la Cerra (SBN 189313)
   THE LAW OFFICE OF
2  MANUEL DE LA CERRA
   6885 Catamaran Drive
3  Carlsbad, CA 92011
   Telephone: 760-809-5520
4  Facsimile: 760-269-3542
   E-mail: manny@delacerralaw.com

5
   Attorney for Plaintiff
6  CHRISTOPHER R. SCLIMENTI

**FILED**

2008 SEP 22 AM 11: 41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

7

8              UNITED STATES DISTRICT COURT

9        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                  SAN DIEGO DIVISION

'08 CV 1730 W BLM

11

12  CHRISTOPHER R. SCLIMENTI, an individual      **COMPLAINT FOR (1) CORRECTION OF INVENTORSHIP; AND (2) BREACH OF CONTRACT**

13                  Plaintiff,

                                                 VIA PDF
14  v.

15

16  THE LELAND STANFORD JUNIOR
    UNIVERSITY, a California Corporation;
17  MICHELLE CALOS, an individual

18                  Defendants.

19       THE LELAND STANFORD JUNIOR UNIVERSITY ("STANFORD") has failed to

20  correct inventorship on U.S. Patents 6,808,925 and 7,141,426 to include Plaintiff as a rightful

21  inventor.  STANFORD has further failed to pay Plaintiff royalties as provided by written contract

22  between STANFORD and Plaintiff.  Accordingly, Plaintiff alleges and complains of Defendants

23  STANFORD and MICHELLE CALOS as follows:

24                          **PARTIES**

25       1.      Plaintiff CHRISTOPHER SCLIMENTI is an individual residing in San Diego

26  County, California.

27       2.      Defendant STANFORD is a corporation organized and existing under the laws of

28  the State of California and has a principal place of business at Stanford University, Bldg. 10 Main

1   Quad, Stanford, CA 94305.  The designated agent for service of process for STANFORD is

2   Debra L. Zumwalt, Stanford Univ Bldg. 170 3rd Floor Main Quad, Stanford, CA 94305.

3          3.      On information and belief, Defendant Michelle Calos is an individual residing in

4   San Mateo County, California.

5

6                            **JURISDICTION AND VENUE**

7          4.      This Court has personal jurisdiction over Defendant STANFORD under Fed. R.

8   Civ. P. 4(k)(1)(A) and California's long-arm statute, Cal. Civ. Proc. Code § 410.10, as Defendant

9   STANFORD is a California corporation, and has committed the complained-of acts in California,

10  thereby causing damage to Plaintiff in this judicial district.

11         5.      This Court has personal jurisdiction over Defendant MICHELLE CALOS under

12  Fed. R. Civ. P. 4(k)(1)(A) and California's long-arm statute, Cal. Civ. Proc. Code § 410.10, as

13  Defendant MICHELE CALOS is a California resident.

14         6.      This Court has subject matter jurisdiction over the correction of inventorship

15  pursuant to the patent laws of the United States, 35 U.S.C. §§ 1 et seq., and pursuant to 28 U.S.C.

16  § 1331 and 28 U.S.C. §1338(a).

17         7.      Venue is proper in this district under 28 U.S.C. § 1391.

18

19                            **BACKGROUND FACTS**

20         8.      Plaintiff obtained his Doctor of Philosophy Degree from STANFORD in 2002.

21  While obtaining his degree, he invented, designed and performed experiments and other

22  scientifically valuable intellectual property in a laboratory run by Defendant MICHELLE

23  CALOS, who was employed by STANFORD.

24         9.      Plaintiff entered into a contract during his tenure at STANFORD.

25         10.     On February 12, 2001, Plaintiff and MICHELLE CALOS filed a patent

26  application naming them both as joint inventors.  U.S. Patent Application 09/788,297 ("the '297

27  Application), published as U.S. 2002/0094516.  Both Plaintiff and MICHELLE CALOS were

28  properly named in the '927 Application because they both conceived of the invention claimed.

                                        2

1    11.   Through subsequent prosecution before the United States Patent Office, Plaintiff

2  was removed from the '297 Application.

3    12.   On April 29, 2004, MICELLE CALOS filed U.S. Patent Application 10/836,323

4  application naming herself as sole inventor.   This application claims priority to the '297

5  Application as a continuation application.

6    13.   On October 26, 2004, the '297 Application issued as U.S. Patent No. 6,808,925

7  ("the '925 Patent") naming as sole inventor MICHELLE CALOS.  The sole assignee for this

8  patent is STANFORD.

9    14.   On November 28, 2006, the '323 Application issued as U.S. Patent No. 7,141,426

10  ("the '426 Patent") naming as sole inventor MICHELLE CALOS.  The sole assignee for this

11  patent is STANFORD.

12    15.   Because Plaintiff jointly conceived of the inventions claimed in the '925 and '426

13  Patents, Plaintiff should be added as a co-inventor on these patents.

14    16.   On information and belief, STANFORD has commercially exploited the technology

15  covered by the '925 and '426 Patents, receiving money and stock.

16    17.   As part of the contract between Plaintiff and STANFORD, STANFORD was

17  obligated to pay a portion of the money and stock derived from an invention conceived of by

18  Plaintiff.  To date, STANFORD has not provided any money or stock to Plaintiff.

19

20    **FIRST CAUSE OF ACTION**

21    **(Petition for Correction of Inventorship Under 35 USC 256)**

22    18.   Plaintiff incorporates each of the preceding paragraphs as though the same were set

23  forth in full herein.

24    19.   35 USC 256 provides that a district court may "order correction of the patent on

25  notice and hearing of all parties concerned," "[w]henever through error a person is named in an

26  issued patent as the inventor, or through error an inventor is not named in an issued patent and

27  such error arose without any deceptive intention on his part...."

28    20.   All the parties concerned are joined in this suit, and they comprise:  STANFORD

---

3

1 (the assignee), MICHELLE CALOS (the sole named inventor) and Plaintiff (the omitted

2 inventor).

3     21.   Conception is the touchstone of inventorship, the completion of the mental part of

4 invention. *Sewall v. Walters*, 21 F.3d 411, 415 (Fed. Cir. 1994).

5     22.   Here, Plaintiff and MICHELLE CALOS jointly conceived of the invention claimed

6 in the '925 and '426 Patents, and therefore both are co-inventors on said patents.

7     23.   The Court should issue an order directing the USPTO to correct the inventorship of

8 the '925 and '426 Patents to include the Plaintiff.

9

10                    **SECOND CAUSE OF ACTION**

11                      **(Breach of Contract)**

12     24.   Plaintiff incorporates each of the preceding paragraphs as though the same were set

13 forth in full herein.

14     25.   Plaintiff and STANFORD entered into a contract.

15     26.   Plaintiff performed everything required under the contract.

16     27.   STANFORD breached the contract by failing to provide Plaintiff his portion of the

17 money and stock derived from the inventions conceived of and consequently invented by

18 Plaintiff.

19     28.   Plaintiff has been damaged by STANFORD's breach.

20

21                       **PRAYER FOR RELIEF**

22    WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

23     1.   That Plaintiff is a co-inventor on the '925 and '426 Patents.

24     2.   That Plaintiff be awarded damages as proven at trial, for STANFORD's breach of

25 contract;

26 ///

27 ///

28

4

3.      For pre-judgment and post-judgment interest and costs of this action to Plaintiff against Defendants; and

4.      For such other and further relief as the Court deems just and proper.

DATED:September 22, 2008

Respectfully submitted,

THE LAW OFFICE OF
MANUEL DE LA CERRA

By:

Manuel de la Cerra
Attorney for Plaintiff
CHRISTOPHER R. SCLIMENTI

5

## DEMAND FOR JURY TRIAL

Plaintiff respectfully demands a trial by jury on all issues so triable.

DATED: September 22, 2008

Respectfully submitted,

THE LAW OFFICE OF
MANUEL DE LA CERRA

By: _____
Manuel de la Cerra
Attorney for Plaintiff
CHRISTOPHER R. SCLIMENTI

Complaint for Correction of Inventorship and Breach of Contract

℈JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

VIA PDF

FILED

2008 SEP 22  AM 11:40

SOUTHERN DISTRICT OF CALIFORNIA

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Christopher R. Sclimenti

**DEFENDANTS**
The Leland Stanford Junior University and Michelle Calos

(b) County of Residence of First Listed Plaintiff   San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   San Mateo, CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
Manuel de la Cerra; 6885 Catamaran Drive; Carlsbad, CA 92011

Attorneys (If Known)
Not Known

'08 CV 1730  W BLM

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 USC Sec. 256
Brief description of cause:
Correction of Inventorship for Patent

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE
09/22/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 155253   AMOUNT  $350   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

TAC   9/22/08

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 155253   — TC**

**September 22, 2008
11:43:22**

**Civ Fil Non-Pris**
USAO #.: 08CV1730
Judge..: THOMAS J WHELAN
Amount.:                    $350.00 CK
Check#.: BC8520

**Photocopies**
Qty....:   6 @ $0.50
Amount.:                    $3.00 CK
Check#.: BC8520

**Total—>   $353.00**

FROM: SCLIMENTI
      VS
      LELAND STANFORD UNIVERSITY